# Notice Recipients

District/Off: 0315−2   User: culy   Date Created: 1/14/2015
Case: 13−02037−TPA   Form ID: pdf900   Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Jeffrey A. Hulton   jeffhulton@covad.net

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Garth F. Lansaw   2353 Fairhill Rd.   Sewickley, PA 15143
pla   Deborah L. Lansaw   2353 Fairhill Rd.   Sewickley, PA 15143

    TOTAL: 2